IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

(CHIEF) COL. MICHAEL S. OWL FEATHER-GORBEY,

        Petitioner,

v.                                CIVIL ACTION NO.  5:22-cv-00384
                                        (Criminal No. 5:21-cr-00214)

UNITED STATES OF AMERICA,

        Respondent.

## ORDER

    This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 29, 2024, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 77], and recommended that the court dismiss without prejudice Petitioner's 28 U.S.C. § 2255 Motion to Vacate Conviction, [ECF No. 68], and remove this matter from the court's docket. Objections to the PF&R were due by April 15, 2024. Neither party filed objections to the PF&R or sought an extension of time to do so.

    A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Petitioner's § 2255 Motion, [ECF No. 68], is **DISMISSED without prejudice**, and the court **DIRECTS** that this matter be removed from the docket.

The court has additionally considered whether to grant a certificate of appealability. See 28 U.S.C. § 2253(c). A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right." *Id.* § 2253(c)(2). The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. *Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683-84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 21, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2